United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH ELECTRONICS LLC, | No. C 11-02439 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE AND REQUESTING JOINT STATUS REPORT** |
| SONY CORPORATION, SONY CORPORATION OF AMERICA, and SONY ELECTRONICS, INC., | |
| Defendants. | |

In light of the stay of all proceedings in this action (except for discovery), the case management conference set for August 18, 2011, is hereby **VACATED**. The parties shall file a joint status report on **FEBRUARY 1, 2012**, or within **TEN DAYS** after completion of the ITC investigation, whichever is earlier.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE